FILED
Clerk
District Court

SEP 10 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
DISTRICT of the NORTHERN MARIANA ISLANDS

UNITED STATES of AMERICA,

    Plaintiff,

  v.

JUNG WON HWANG,
  a/k/a Chong Won Whang,
  a/k/a Jae Hyok Choi
  a/k/a Jay,

    Defendant.

Case No.: CR 07- 00026

**PETITION FOR REMOVAL**

  The government petitions this Court to transfer Defendant to the Western District of Washington, at Seattle, pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure.

Respectfully Submitted,
LEONARDO M. RAPADAS
United States Attorney

_____
CRAIG N. MOORE
Assistant United States Attorney

9/10/07
Date