F I L E D
Clerk
District Court

SEP 1 0 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*ATTACHMENT TO PETITION FOR REMOVAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                   Plaintiff, )
     v. )
JUNG WON HWANG, )
    a/k/a Chong Won Whang, )
    a/k/a Jae Hyok Choi )
    a/k/a Jay, )
DO HEON KIM, )
KWAN HYUN KIM )
    a/k/a Ryan, )
and )
HO JUNG HWANG, )
                Defendants. )

NO. CR 07 - 00026

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT 1

(Conspiracy to Smuggle and Transport Illegal Aliens)

Beginning at a time unknown, but within the last five years, and continuing until March 23, 2007, within the Western District of Washington and elsewhere, JUNG WON HWANG, DO HEON KIM, KWAN HYUN KIM, HO JUN HWANG, others known and unknown, did knowingly and intentionally conspire to commit the following offenses, in violation of Title 8, United States Code, Section 1324:
    (a)    Bringing persons to the United States, knowing that such persons were aliens, at a place other than a designated port of entry and at a place other than as designated by the Secretary of the Department of Homeland

Indictment/SOHN, et al, - 1

Security, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i); and

(b) Transporting and moving aliens, in knowing and reckless disregard of the fact that the aliens had come to, entered, and remained in the United States illegally, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

The Grand Jury further alleges that the offense was done for the purpose of private financial gain.

Overt Acts in Furtherance of the Conspiracy

In furtherance of the conspiracy and to effect the objects of the conspiracy, Counts 2 through 17 are incorporated herein by this reference and constitute overt acts, among others, committed in the Western District of Washington and elsewhere.

The Grand Jury further alleges the following additional overt acts:

1. During August and early September 2004, six women and three men of South Korean nationality stayed at a boarding house in the Vancouver, British Columbia, Canada area. Each of them met with JUNG WON HWANG and made arrangements to be smuggled from Canada into the United States.

2. On or about September 3, 2004, an unindicted coconspirator drove from Tacoma, Washington, to Molson, Washington, and met the nine South Korean individuals, to transport them to the Tacoma/Federal Way, Washington area.

3. On the same day, the nine South Korean individuals crossed the Canada/United States border by foot, entered the United States, were met by the unindicted coconspirator, and did not report their entry into the United States to immigration authorities.

4. During October 2004, five women of South Korean nationality stayed at a boarding house in the Vancouver, British Columbia, Canada area. Each of them met with JUNG WON HWANG and made arrangements to be smuggled from Canada into the United States.

5. On October 8, 2004, the five South Korean women crossed the Canada/United States border on foot, entered the United States, and met coconspirator

Indictment/SOHN, et al, - 2

DJ in Oroville, Washington. None of the five women reported their entry into the United States to immigration authorities.

6. On October 8, 2004, DJ drove one of the five women to Edgewick, Washington, and met with coconspirator, SSP.

7. During November 2005, seven women and four men of South Korean nationality stayed at a boarding house in the Vancouver, British Columbia, Canada area.

8. On November 27 and 28, 2005, coconspirator JHK spoke with JUNG WON HWANG and agreed to make arrangements for the eleven South Korean nationals to be transported from Seattle, Washington, to the Los Angeles, California area.

9. On November 28, 2005, a coconspirator transported the eleven South Korean nationals to the Canada/United States border near Oroville, Washington. These individuals were met by coconspirator JN in Oroville, Washington. None of these eleven South Korean individuals reported their entry into the United States to immigration authorities.

10. The coconspirator who had transported the eleven South Korean individuals within Canada also made arrangements for their further transportation within the United States, specifically from the Canadian border to the Los Angeles, California area.

11. During March 2006, six women and one man of South Korean nationality stayed at a boarding house in the Vancouver, British Columbia, Canada area. This boarding house was maintained and managed by DO HEON KIM. Each of them met with JUNG WON HWANG and made arrangements to be smuggled from Canada into the United States.

12. On April 1, 2006, these seven South Korean individuals were taken to the Canada/United States border near Oroville, Washington (U.S.). They were guided across the Canada/United States border by a coconspirator. Upon crossing the border,

they were met by coconspirator DW in the Oroville, Washington area. None of these seven South Korean individuals reported their entry into the United States to immigration authorities.

13. In February 2007, Adult Female 8 (AF8) met with JUNG WON HWANG in Korea. JUNG WON HWANG provided AF8 with instructions on the smuggling contact in Canada, and the manner by which to make arrangements to be smuggled from Canada to the United States.

14. During March 2007, three women and four men of South Korean nationality stayed at a boarding house in the Vancouver, British Columbia, Canada area. This boarding house was maintained and managed by DO HEON KIM. One of the women was AF8.

15. On March 23, 2007, the seven South Korean individuals were transported by DO HEON KIM to the Canada/United States border near Oroville, Washington (U.S.). They were guided across the Canada/United States border by KWAN HYUN KIM and HO JUN HWANG.

16. Coconspirator JB met the seven South Korean individuals in Oroville, Washington, for the purpose of transporting them to the Seattle, Washington area. None of these seven South Korean individuals reported their entry into the United States to immigration authorities.

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i), 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).

## COUNT 2
(Bringing an Illegal Alien For Financial Gain)

On or about April 1, 2006, within the Western District of Washington, and elsewhere, JUNG WON HWANG, DO HEON KIM, and others known, in knowing and reckless disregard of the fact that Adult Female 1 had not received prior official authorization to come to, enter and reside in the United States, did bring, and aid and

abet the bringing of, Adult Female 1 to the United States for the purpose of private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

## COUNT 3

(Bringing an Illegal Alien For Financial Gain)

On or about April 1, 2006, within the Western District of Washington, and elsewhere, JUNG WON HWANG, DO HEON KIM, and others known, in knowing and reckless disregard of the fact that Adult Female 2 had not received prior official authorization to come to, enter and reside in the United States, did bring, and aid and abet the bringing of, Adult Female 2 to the United States for the purpose of private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

## COUNT 4

(Bringing an Illegal Alien For Financial Gain)

On or about April 1, 2006, within the Western District of Washington, and elsewhere, JUNG WON HWANG, DO HEON KIM, and others known, in knowing and reckless disregard of the fact that Adult Female 3 had not received prior official authorization to come to, enter and reside in the United States, did bring, and aid and abet the bringing of, Adult Female 3 to the United States for the purpose of private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

## COUNT 5

(Bringing an Illegal Alien For Financial Gain)

On or about April 1, 2006, within the Western District of Washington, and elsewhere, JUNG WON HWANG, DO HEON KIM, and others known, in knowing

and reckless disregard of the fact that Adult Female 4 had not received prior official authorization to come to, enter and reside in the United States, did bring, and aid and abet the bringing of, Adult Female 4 to the United States for the purpose of private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

## COUNT 6

(Bringing an Illegal Alien For Financial Gain)

On or about April 1, 2006, within the Western District of Washington, and elsewhere, JUNG WON HWANG, DO HEON KIM, and others known, in knowing and reckless disregard of the fact that Adult Female 5 had not received prior official authorization to come to, enter and reside in the United States, did bring, and aid and abet the bringing of, Adult Female 5 to the United States for the purpose of private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

## COUNT 7

(Aiding and Abetting the Smuggling of an Illegal Alien)

On or about April 1, 2006, within the Western District of Washington, JUNG WON HWANG, did knowingly and intentionally aid and abet the bringing to the United States of Adult Female 1, with knowledge that Adult Female 1 was an alien, at a place other than a designated port of entry and other than as designated by the Secretary of the Department of Homeland Security.

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

## COUNT 8

(Aiding and Abetting the Smuggling of an Illegal Alien)

On or about April 1, 2006, within the Western District of Washington, JUNG WON HWANG, did knowingly and intentionally aid and abet the bringing to the United States of Adult Female 2, with knowledge that Adult Female 1 was an alien, at a place other than a designated port of entry and other than as designated by the Secretary of the Department of Homeland Security.

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

## COUNT 9

(Aiding and Abetting the Smuggling of an Illegal Alien)

On or about April 1, 2006, within the Western District of Washington, JUNG WON HWANG, did knowingly and intentionally aid and abet the bringing to the United States of Adult Female 3, with knowledge that Adult Female 2 was an alien, at a place other than a designated port of entry and other than as designated by the Secretary of the Department of Homeland Security.

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

## COUNT 10

(Aiding and Abetting the Smuggling of an Illegal Alien)

On or about April 1, 2006, within the Western District of Washington, JUNG WON HWANG, did knowingly and intentionally aid and abet the bringing to the United States of Adult Female 4, with knowledge that Adult Female 3 was an alien, at a place other than a designated port of entry and other than as designated by the Secretary of the Department of Homeland Security.

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

## COUNT 11

(Aiding and Abetting the Smuggling of an Illegal Alien)

On or about April 1, 2006, within the Western District of Washington, JUNG WON HWANG, did knowingly and intentionally aid and abet the bringing to the United States of Adult Female 5, with knowledge that Adult Female 5 was an alien, at a place other than a designated port of entry and other than as designated by the Secretary of the Department of Homeland Security.

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

## COUNT 12

(Bringing an Illegal Alien For Financial Gain)

On or about March 23, 2007, within the Western District of Washington, and elsewhere, JUNG WON HWANG, DO HEON KIM, KWAN HYUN KIM, HO JUN HWANG, and others known, in knowing and reckless disregard of the fact that Adult Female 6 had not received prior official authorization to come to, enter and reside in the United States, did bring, and aid and abet the bringing of, Adult Female 6 to the United States for the purpose of private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

## COUNT 13

(Bringing an Illegal Alien For Financial Gain)

On or about March 23, 2007, within the Western District of Washington, and elsewhere, JUNG WON HWANG, DO HEON KIM, KWAN HYUN KIM, HO JUN HWANG, and others known, in knowing and reckless disregard of the fact that Adult Female 7 had not received prior official authorization to come to, enter and reside in the United States, did bring, and aid and abet the bringing of, Adult Female 7 to the United States for the purpose of private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

## COUNT 14

(Bringing an Illegal Alien For Financial Gain)

On or about March 23, 2007, within the Western District of Washington, and elsewhere, JUNG WON HWANG, DO HEON KIM, KWAN HYUN KIM, HO JUN HWANG, and others known, in knowing and reckless disregard of the fact that Adult Female 8 had not received prior official authorization to come to, enter and reside in the United States, did bring, and aid and abet the bringing of, Adult Female 8 to the United States for the purpose of private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

## COUNT 15

(Aiding and Abetting the Smuggling of an Illegal Alien)

On or about March 23, 2007, within the Western District of Washington, JUNG WON HWANG, DO HEON KIM, KWAN HYUN KIM, and HO JUN HWANG, did knowingly and intentionally aid and abet the bringing to the United States of Adult Female 6, with knowledge that Adult Female 6 was an alien, at a place other than a designated port of entry and other than as designated by the Secretary of the Department of Homeland Security.

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

## COUNT 16

(Aiding and Abetting the Smuggling of an Illegal Alien)

On or about March 23, 2007, within the Western District of Washington, JUNG WON HWANG, DO HEON KIM, KWAN HYUN KIM, and HO JUN HWANG, did knowingly and intentionally aid and abet the bringing to the United States of Adult Female 7, with knowledge that Adult Female 7 was an alien, at a place other than a designated port of entry and other than as designated by the Secretary of the Department of Homeland Security.

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

## COUNT 17
(Aiding and Abetting the Smuggling of an Illegal Alien)

On or about April 1, 2006, within the Western District of Washington, JUNG WON HWANG, DO HEON KIM, KWAN HYUN KIM, and HO JUN HWANG, did knowingly and intentionally aid and abet the bringing to the United States of Adult Female 8, with knowledge that Adult Female 8 was an alien, at a place other than a designated port of entry and other than as designated by the Secretary of the Department of Homeland Security.

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

## ALLEGATION OF FORFEITURE

All Counts and allegations presented above in this Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture to the United States pursuant to Title 8, United States Code, Section 1324(b) and Title 28, United States Code, Section 2461, and Title 18, United States Code, Section 982(a)(6)(A).

Pursuant to Title 8, United States Code, Section 1324(b) and Title 28, United States Code, Section 2461, and Title 18, United States Code, Section 982(a)(6)(A), upon conviction of the offenses charged in Counts 1 through 17 above, the Defendants shall forfeit to the United States any and all conveyances, including any vehicle, used in the commission of the offense of which the Defendants are convicted, and any property traceable to such conveyances; any and all property, real or personal, that constitutes, or is derived from, or is traceable to, the gross proceeds obtained directly or indirectly from the commission of the offense of which the Defendants are

convicted, and any and all property, real or personal, that was used to facilitate, or was intended to be used to facilitate the commission of the offense of which the Defendants are convicted.

If any of the above-described forfeitable property, as a result of any act or omission of the Defendants –

1. cannot be located upon the exercise of due diligence;
2. has been transferred or sold to, or deposited with, a third party;
3. has been placed beyond the jurisdiction of the Court;
4. has been substantially diminished in value; or
5. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b) and Title 21, United States Code, Section 853(p), to seek the forfeiture of any other property of the Defendants up to the value of the above-described forfeitable property.

A TRUE BILL.
DATED:

FOREPERSON


JEFFREY C. SULLIVAN
United States Attorney


DOUGLAS B. WHALLEY
Assistant United States Attorney


YE-TING WOO
Assistant United States Attorney

Indictment/SOHN, et al, - 11