# United States District Court
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>JUNG WON HWANG<br>a/k/a Chong Won Wang<br>a/k/a Jae Hyok Choi<br>a/k/a Jay | **WARRANT FOR ARREST**<br><br>CASE NUMBER: CR07- 292 RSL<br><br>07-CR-00292-WRNT |

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____**JUNG WON HWANG**____ and bring him or her forthwith to the nearest magistrate judge to answer a(n) INDICTMENT charging him or her with:

| | |
|---|---|
| Count 1: | Conspiracy to Smuggle & Transport Illegal Aliens<br>8:1324(a)(1)(A)(i), 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), & 1324(a)(1)(B)(i) |
| Count 2-6: | Bringing an Illegal Alien For Financial Gain<br>8:1324(a)(2)(B)(ii) & 18:2 |
| Count 7-11: | Aiding & Abetting the Transportation of Illegal Alien<br>8:1324(a)(1)(A)(i), 1324(a)(1)(A)(v)(II) & 1324(a)(1)(B)(ii) |
| Count 12-14: | Bringing an Illegal Alien For Financial Gain<br>8:1324(a)(2)(B)(ii) & 18:2 |
| Count 15-17: | Aiding & Abetting the Transportation of Illegal Alien<br>8:1324(a)(1)(A)(i), 1324(a)(1)(A)(v)(II) & 1324(a)(1)(B)(ii) |

_James Kelly_
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

_Deputy Clerk_
Title of Issuing Officer

_August 17, 2007 at Seattle, Washington_
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ____

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By _[signature]_
Deputy Clerk

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |