# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-07-00026                                                                       September 10, 2007
                                                                                       10:40 a.m.

### U. S. A. -v- JUNG WON HWANG

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           CRAIG MOORE, ASSISTANT U.S. ATTORNEY

PROCEEDINGS: REMOVAL HEARING

    Defendant **JUNG WON HWANG** was present without counsel. Government was represented by Craig Moore, AUSA.

    Defendant stated that he wished to have appointed counsel. Court ordered that the Clerk appoint the next attorney on the CJA panel for this defendant.

    Court recessed at 10:45 a.m. and reconvened at 4:20 p.m.

    Interpreter/Translator, HoJoon Joo, was sworn as a Korean translator.

    Defendant appeared with Court-Appointed counsel, Attorney David Banes. Court appointed Attorney David Banes, nunc pro tunc.

    Attorney Banes stated that the defendant objected to the removal from this district and requested to be able to meet with his wife and child.

    Defendant was examined as to his understanding of his constitutional rights, his right to trial and his understanding of the proceedings.

    Defendant was advised that he had been indicted in the United States Western District of Washington at Seattle, and that he had the right to be transferred to the Western District of Washington and defend himself and go to trial in Washington or that he could waive the transfer and enter a plea of guilty in this district.

    Defendant stated that he wished to be removed to the Western District of Washington to

answer the charges.

      Attorney Banes moved that the defendant be released on bail.  Court denied the motion.

      Court ordered that the defendant be taken into the custody of the U.S. Marshal and be transferred to the Western District of Washington at the U.S. Marshal's earliest convenience.

      Adj. at 4:35 p.m.

      /s/K. Lynn Lemieux, Courtroom Deputy