FILED
Clerk
District Court

SEP 10 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
DISTRICT of the NORTHERN MARIANA ISLANDS

UNITED STATES of AMERICA,

        Plaintiff,

v.

JUNG WON HWANG,
    a/k/a Chong Won Whang,
    a/k/a Jae Hyok Choi,
    a/k/a Jay,

        Defendant.

Case No.: 07-00026

**ORDER OF REMOVAL**

Under Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, this Court finds that:

1.    The government has produced an appropriate form of an arrest warrant for the named Defendant, JUNG WON HWANG, a/k/a Chong Won Whang, a/k/a Jae Hyok Choi, a/k/a Jay, on a facially valid Indictment returned in the Western District of Washington, at Seattle; and

2.    The defendant is the same person named in that arrest warrant and Indictment..

It is therefore, on this __10th__ day of September, 2007 hereby

ORDERED that Defendant be transferred to the Western District of Washington, at Seattle, for further proceedings.

                                          ALEX R. MUNSON
                                          United States District Court Judge

__9-10-07__
Date